# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

CHRIS WILLIAMS,

        Petitioner,    :    Case No. 1:20-cv-99

  - vs -                        District Judge Douglas R. Cole
                                   Magistrate Judge Michael R. Merz

WARDEN, Chillicothe
  Correctional Institution,

                                   :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby transferred from Chief Magistrate Judge Karen L. Litkovitz to Magistrate Judge Michael R. Merz.

January 5, 2021.

                                                         s/ *Michael R. Merz*
                                               United States Magistrate Judge