# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

CHRIS WILLIAMS,

                 Petitioner,              :    Case No. 1:20-cv-99

    - vs -                                District Judge Douglas R. Cole
                                       Magistrate Judge Michael R. Merz

WARDEN, Chillicothe
  Correctional Institution,

                                  :
                 Respondent.

---

# DECISION AND ORDER GRANTING MOTION FOR COPY AND DENYING REQUEST THAT THE COURT OBTAIN A CONTROL NUMBER

---

This habeas corpus case is before the Court on Petitioner's Motion to obtain a copy of the final judgment so that he can pursue a petition for writ of certiorari in the United States Supreme Court (ECF No. 48).  That Motion is GRANTED and the Clerk is directed to furnish the Petitioner with a certified copies of ECF Nos. 39 and 40 without charge.

Petitioner also requests that the Clerk obtain a "control number" from the ODRC and mail this certified copy as "legal mail" protected from opening by ODRC staff.  All written orders of United States judges which give a reason for the decision are required to be posted to a public website where they can be seen by anyone.  At the present time and for many years now, those written opinions have been posted daily on Lexis, Westlaw, and the website of the Government Printing Office.  Thus the law does not recognized any privacy interest an inmate may believe he or she has in those entries.

1

In addition, the Court has the right to communicate with litigants without going through the time-consuming process of obtaining a control number.  Indeed, any attempt by the ODRC to impose the control number system on the federal judiciary would be at least a colorable violation of the Supremacy Clause.

Accordingly the request to mail the certified copy of the judgment as ODRC "legal mail" is DENIED.

June 21, 2023.

s/ *Michael R. Merz*
United States Magistrate Judge